CHARLES BRADLEY

*v.*

JOHN E. BARBOUR.

CIRCUIT COURT — *branch held by another judge.*   Under the statute the judge of any circuit court in this State is authorized to hold a branch term of the Superior Court of Cook county, and the statute infringes no constitutional provision.

APPEAL from the Superior Court of Cook county; the Hon. JOHN BURNS, Judge, presiding.

This was an action of assumpsit brought by John E. Barbour against Charles Bradley and one Lott Frost. Bradley alone was served with process and pleaded the general issue.

Messrs. Knowlton & Humphreyville, for the appellant.

Messrs. Scott & King, for the appellee.

Per Curiam: The question argued in this case is governed by *Albee* v. *Jones*, 70 Ill. 34. It appears by the placita and bill of exceptions, that trial was had before the Hon. John Burns, one of the circuit judges of the State, while holding a branch term of the Superior Court of Cook county. This, in the case referred to, was held to be authorized by statute and no infringement of any constitutional provision.

*Judgment affirmed.*